# MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Date:

Case No:

Judge:

Court Reporter:

Date of Arrest:

U.S. Attorney

Attorney for Defendant(s):

CJA Apt

Fed. Defender:

Retained:

Defendant arraigned, plea of        GUILTY        NOT GUILTY        NOLO CONTENDERE

entered to count(s)                                                          of the Indictment        Information

Plea of NOT GUILTY withdrawn, plea of:

GUILTY        NOLO CONTENDERE entered to count(s)                        Indictment        Information

Referred for Presentence Investigation.        Sentencing scheduled for:

Bond $                              set        continued        Pretrial Detention

Motion of government for detention pending trial.  Detention Hearing set for:

Term Referral to Magistrate Judge

## SENTENCE:

Committed to the custody of the Bureau of Prisons for a period of                        months on count(s)
Superseding
Indictment        Information to run        consecutively        concurrently.

Period of                        years of supervised release with        standard        special conditions as ordered
(see reverse side of form).

Fined the sum of $                        Fine Waived

Restitution $                        Not ordered        Reason

I.S.S., Probation ordered for a period of                months        years        on count(s)

Indictment        Information with        standard        special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $                on counts                .  Total $

Upon motion of U.S. Attorney, counts(s)                        of the        Indictment        Information are hereby dismissed.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

The defendant shall provide the probation office access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the payment schedule.

The defendant shall reside in a community treatment center, halfway house, or similar facility of a period of                days            months            to begin not later than
(Work            medical            release privileges granted).

The defendant shall participate in the Home Confinement Program (with            without        ) electronic monitoring for a period of                days            months        , beginning no later than                calendar days from release from custody.  The defendant is required to remain at residence unless given written permission to be elsewhere.  The defendant may leave residence to work, to receive medical treatment and to attend religious services. The defendant may participate in the Earned Leave Program.  The defendant (is            is not        ) to pay the cost of the program.

The defendant shall participate in an outpatient program approved  by the U.S. Probation Office for the treatment of alcohol and/or drug dependency which will include testing to determine if the defendant has reverted to the use of alcohol and/or drugs.

The defendant shall participate in an outpatient mental health program approved by the U.S. Probation Office.

The defendant shall pay the imposed fine of $

The defendant shall make restitution to
in the amount of $

The execution of the sentence of imprisonment is deferred and the bond continued until            , at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution prior to 2:00 p.m.

The defendant's bond is revoked and the defendant is remanded to the custody of the United States Marshal.

The defendant shall report in person to the U.S. Probation Office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

Pursuant to The Violent Crime and Law Enforcement Act of 1994, the defendant is subject to a mandatory drug test within 15 days following the commencement of supervision and at least two additional drug tests during the course of supervision.

Recommendation to the Bureau of Prisons:

The defendant shall not possess a firearm as defined in 18 U.S.C. Section 921, nor possess any dangerous weapon.

The defendant shall participate in the Bureau of Prisons Drug Treatment Program while incarcerated.

---

Plea agreement executed by parties.
Pretrial Conference is scheduled and will take place on:
Jury Trial is scheduled and will take place on:
Sentencing scheduled for:
The defendant advised of his appeal rights.
The defendant is granted credit for time already served in relation to this matter.

## COMMENTS:

Total Time:

Copy issued to Probation, Pretrial Services, U.S. Attorney, and USM

Courtroom Deputy Clerk