IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:04CR580 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| NATHANIEL GRAY, | ) | <u>STATUS UPDATE</u> |
| | ) | |
| Defendant. | ) | |

      The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Megan R. Miller, Assistant United States Attorney, hereby submits a status update regarding Defendant Nathaniel Gray's Motion for Release (Doc. #714) in accordance with this Court's Order dated August 22, 2019.

      On August 28, 2019, undersigned counsel conferred with CMC David R. Smith at FCI Gilmer regarding the status of Gray's request for entry into the Elderly Offender Pilot Program. According to CMC Smith, the Residential Reentry Management division of the Bureau of Prisons ("BOP") accepted Gray into this program. On June 17, 2019, Gray departed FCI Gilmer and was released to home confinement at his approved residence in Shaker Heights, Ohio. Gray commenced electronic location monitoring on June 18, 2019. Gray will remain in BOP custody, via home confinement, through the expiration of his term of incarceration on February 9, 2020.

At that time, he will commence his term of supervised release as previously ordered by this Court.  Undersigned counsel confirmed with the United States Pretrial and Probation Office ("USPO") that the USPO is supervising Gray's home confinement and electronic location monitoring on behalf of the BOP and will continue to do so through the expiration of his term of custody.

Given this information, the government respectfully submits that Defendant Nathaniel Gray's Motion for Release is moot and requires no further action of this Court.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:   /s/ Megan R. Miller
       Megan R. Miller (OH: 0085522)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3855
       (216) 522-8355 (facsimile)
       Megan.R.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of August 2019 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                /s/ Megan R. Miller
                                Megan R. Miller
                                Assistant U.S. Attorney