IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE UNITED STATES AMERICA | ) ) ) | CASE NO.: 1:04CR580 |
| Appellee, | ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| NATHANIEL GRAY, et al., | ) ) | NATHANIEL GRAY'S STATUS UPDATE |
| Appellant | ) ) | |

Now comes Nathaniel Gray, by and through the undersigned counsel, and hereby provides an update for the Court and affirms his pending request for an order pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) ("Motion"). On May 15, 2019, Mr. Gray filed a motion with this Court requesting that this Court grant him release from the Bureau of Prisons ("BOP"). Doc. #714. Thereafter, the Government requested that this Court hold that Motion in abeyance while the BOP completed its "administrative review." Doc. #716. Mr. Gray was subsequently released from the federal facility in which he was housed but remains in the custody of the BOP pursuant to the Elderly Offender Home Detention Program. The Program provides for strict GPS monitoring and home confinement. This placement, however, does not moot Mr. Gray's Motion as the Government seems to imply. Mr. Gray's initial request was for release from BOP custody,

which has not been granted. Mr. Gray respectfully requests that this Court consider his Motion for release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

18 U.S.C. § 3582(c)(1)(A)(i) provides that the sentencing judge has jurisdiction to consider a defense motion for reduction of sentence under the subsection when "the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendants behalf[.]" 18 U.S.C. § 3582(c)(1)(A)(i). As previously detailed to this Court, Mr. Gray exhausted all available administrative remedies by seeking release through Warden Christopher Gomez at FCI Gilmer. The thirty-day period elapsed without decision on February 7, 2018. See Motion, Exhibits A and B, Doc. #714. As fully detailed in his Motion, Mr. Gray meets the criteria for release as his exemplary record in prison constitutes an extraordinary and compelling reason to reduce his prison sentence. The letters and details contained in his Motion provide a persuasive basis upon which to grant Mr. Gray's release. Home confinement and GPS monitoring are not necessary to protect the public. Mr. Gray has no history of violence or any other crime that home confinement/GPS monitoring would prevent. Additionally, while on GPS release, Mr. Gray has been compliant and there have been no issues or concerns expressed. The Court may contact his probation officer Jennifer Giammarco for additional details. He has also obtained a job and maintained employment. Information regarding his employment is available upon request of the Court.

Finally, Mr. Gray would now be eligible for release from the BOP had he served his full sentence. Due to the delay in the BOP responding to Mr. Gray's original request, he would now likely have been released from BOP custody to a half-way house and, at this point, possibly returned to his home with only standard supervision.

There is no basis for the expenditure of resources attendant to home confinement and GPS monitoring. Mr. Gray served nearly fifteen years in federal custody without an incident or infraction. He presents no danger of violence or any other danger to the community. He certainly is no flight risk as coming home to Cleveland is all he has wanted for many years.  For the foregoing reasons, Nathaniel Gray respectfully requests that this Court grant his request for a reduction in sentence and release him from BOP custody and GPS/home confinement.

Respectfully submitted,
WILLIAM T. WHITAKER CO., L.P.A.

　　/s/ *Andrea Whitaker*
Andrea Whitaker, #0074461
William T. Whitaker, # 0007322
54 East Mill St., Suite 301
Akron, Ohio 44308
whitaker@whitakerlawlpa.com
(330) 762-0287
Attorneys for Defendant Nathaniel Gray

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

　　/s/ Andrea Whitaker
Andrea Whitaker, # 0074461